JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/16/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUFEMIA MORENO,<br><br>        Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID, THRIFTY PAYLESS, INC., ESMERELDA MIRANDA, and DOES 1 to 100, inclusive,<br><br>        Defendants. | CASE NO. 2:19-cv-07603- FMO (Ex)<br><br>District Judge: Fernando M. Olguin<br><br>Magistrate Judge: Charles F. Eick<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO: (1) DISMISS PLAINTIFF'S SIXTH AND SEVENTH CAUSES OF ACTION WITH PREJUDICE; AND (2) REMAND TO STATE COURT**<br><br>Complaint Filed: August 1, 2019 |

447648

**ORDER**

Upon review and consideration of the Joint Stipulation re: (1) Dismissal of Plaintiff's Sixth and Seventh Causes of Action with Prejudice and (2) Remand to State Court, and with GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiff Eufemia Moreno's Sixth and Seventh Causes of Action are dismissed with prejudice.

2. Plaintiff's case is remanded to the Superior Court of the State of California, County of Los Angeles, with notice of remand to be provided by the Clerk of this Court to the Clerk of the Superior Court from which this case was originally removed;

3. The parties shall be responsible for and bear their own attorneys' fees and costs in connection with the dismissal of Plaintiff's Sixth and Seventh Causes of Action.

IT IS SO ORDERED.

Dated: September 16, 2019  _____/s/_____
FERNANDO M. OLGUIN
United States District Judge

447648